390 A.2d 299

Commonwealth v. Williams, Appellant.

Argued March 28, 1978. J. Szajna, with him John R. Merrick, Public Defender, for appellant; James Robert Freeman, Assistant District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., would discharge appellant on the conviction of assault with intent to ravish and would affirm all other convictions.